JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS, INC., | Case No. CV 12-07430 DMG (Ex) |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |
| THOMAS HEMPEL, an individual, and d/b/a NEW ORLEANS IMPORT COMPANY, et al., | |
| Defendants. | |

Pursuant to the Court's Order granting Plaintiff's Motion for Default Judgment,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Nautilus, Inc., and against Defendant Thomas Hempel, d/b/a New Orleans Import Company, as follows:

(1) Plaintiff is awarded a total of $250,000.00 in statutory damages under 15 U.S.C. § 1117(c), plus taxable costs and post-judgment interest,

-1-

(2) Defendant Thomas Hempel, his officers, agents, employees, affiliated companies, and those in active concert or participation with them, are permanently restrained and enjoined from:

   (a) purchasing, importing, distributing, selling, or offering for sale, counterfeit dumbbells that infringe the Dumbbell Configuration mark, or assisting, aiding or abetting any other person or entity in doing so; and

   (b) using the Bowflex Trade Dress or other trade dress confusingly similar therewith, or assisting, aiding or abetting any other person or entity in doing so.

(3) Within thirty (30) days, Defendant shall,

   (a) deliver up to counsel for Nautilus any and all exercise equipment in his possession, custody, and/or control that infringes the Dumbbell Configuration mark and/or Bowflex Trade Dress;

   (b) recall and deliver up to counsel for Nautilus all goods sold or distributed by him that infringe the Dumbbell Configuration mark and/or Bowflex Trade Dress;

   (c) deliver up to counsel for Nautilus any and all documents in his possession, custody, and/or control that reflect or relate to the purchase, importation, storage, shipping, or sale of exercise equipment that infringes the Dumbbell Configuration mark and/or Bowflex Trade Dress;

   (d) and prepare and deliver to counsel for Nautilus a complete list of entities from whom Defendant purchased, and to whom he sold, exercise equipment that infringes the Dumbbell Configuration mark and/or Bowflex Trade Dress; and

(e) serve upon counsel for Nautilus a written report, under oath, setting forth in detail the manner in which Defendant has complied with the foregoing requirements.

**IT IS SO ORDERED.**

DATED: June 20, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE